Revised 12/1/2009

LBR Appendix 1007-b-6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**

**IN RE:**

| | |
|---|---|
| Shalonda Jacobs<br>Debtor(s) | 22-10439<br>Bankruptcy Case Number |

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my/our knowledge.

Date: 12/13/22 Shalonda Jacobs
Debtor Signature

Date: ______________ ______________________
Joint Debtor Signature

Creditor

1) Select Portfolio Servicing, Inc
P.O. BOX 65250
Salt Lake City, UT 84165-0250
1-800-258-8602