THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

**EOD**
03/14/2023

| | | |
|---|---|---|
| SHALONDA MICHELLE JACOBS XXX-XX-1393<br>9160 OAK POINTE<br>BEAUMONT, TX 77707<br><br><br><br>DEBTOR | §<br>§<br>§<br>§<br>§<br>§ | CASE NUMBER: 22-10439<br><br>CHAPTER 13 |

**ORDER DISCHARGING CHAPTER 13 TRUSTEE**
**AND CLOSING CHAPTER 13 CASE**

Upon the filing of the Chapter 13 Trustee's certification that the above-referenced Chapter 13 case has been fully administered and upon request to be discharged of the duties as trustee for this particular estate, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that Lloyd Kraus is hereby **DISCHARGED** of all duties as the duly-appointed Trustee of the Chapter 13 bankruptcy estate created in the above-referenced case.

**IT IS FURTHER ORDERED** that the above-referenced Chapter 13 case is hereby **CLOSED**.

Signed on 03/14/2023

JD

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE